**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Manuel Garcia Ugalde, | Case No.: 2:26-cv-01243-APG-EJY |
| Petitioner, | **Order Granting Leave to Amend and Setting Briefing Schedule** |
| v. | **[ECF Nos. 22, 23, 28]** |
| David Venturella, *et al*., | |
| Respondents. | |

Petitioner Manuel Garcia Ugalde initiated this case by submitting a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging the lawfulness of his federal immigration detention at Nevada Southern Detention Center. ECF No. 1-1.  I appointed him counsel, who filed an amended petition.  Counsel later filed two motions for leave to file a second amended petition and a motion for temporary restraining order (TRO). ECF No. 22, 23, 27.  Ugalde also moves for a briefing schedule on his amended petition and TRO motion. ECF No. 28.

I HEREBY ORDER that Ugalde's motion for leave to file a second amended petition **(ECF No. 23) is granted**.  The document filed at ECF No. 23-1 is deemed the operative petition.

I FURTHER ORDER that Ugalde's prior motion for leave to file a second amended petition **(ECF No. 22) is denied as moot**.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

I FURTHER ORDER that Ugalde's motion for a briefing schedule **(ECF No. 28) is granted**.  The respondents have until **July 20, 2026** to respond to both the second amended petition and the TRO motion.  To conserve resources, and because the arguments in both are nearly identical, the respondents may file one consolidated response to both the petition and motion if they choose.  Ugalde may file a reply by **July 23, 2026**.

DATED: July 12, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2